USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/30/17

Gondephe, P.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KELLY WEIDENBACH, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

BARNEYS NEW YORK, INC., a Delaware corporation, and DOES 1-50, inclusive,

    Defendants.

Case No. 1:17-cv-00342-PGG

**NOTICE OF VOLUNTARY DISMISAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

---

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Kelly Weidenbach, by and through her undersigned attorneys, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against Defendants BARNEYS NEW YORK, INC, a Delaware corporation, and DOES 1-50, inclusive.

Dated: New York, New York
       June 29, 2017

SCHILLER LAW GROUP, PC

By: /s/Allan Schiller
Allan Schiller, Esq.
675 Third Avenue, Suite 2400
New York, New York 10017
Telephone: (212) 768-8700
as@asfirm.com

*Attorneys for Plaintiff and Proposed Class Counsel*

*The Clerk of the Court is directed to close this case.*

**SO ORDERED:**

/s/ Paul A. Gardephe
**U.S.D.J.**

June 30, 2017